Todd M. Friedman (SBN 216752)
Meghan E. George (SBN 274525)
Adrian R. Bacon (SBN 280332)
Thomas E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
mgeorge@toddflaw.com
abacon@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiffs*,

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**JENNI HODGES**, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

**LEXINGTON LAW FIRM**; DOES 1 through 10, inclusive,

Defendants.

Case No. 2:17-cv-01285-KJM-CMK

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 27th day of July, 2017.

By: s/Todd M. Friedman
   Todd M. Friedman, Esq.
   Law Offices of Todd M. Friedman, P.C.
   Attorney for Plaintiff

Filed electronically on this 27th day of July, 2017, with:

**<u>United States District Court CM/ECF system</u>**

And hereby served upon all parties

Notification sent on this 27th day of July, 2017, via the ECF system to:

Honorable Judge Kimberly J. Mueller
Honorable Magistrate Judge Craig M. Kellison
United States District Court
Eastern District of California

And e-mailed to:

Timothy W. Emery
Emery Reddy
emeryt@emeryreddy.com

This 27th day of July, 2017.
By: <u>s/Todd M. Friedman</u>
    Todd M. Friedman